**Opinion issued July 24, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00494-CV

_____

**W.A. ROBBINS CO., INC., Appellant**

**V.**

**MIKE SORRELL TRUCKING & MATERIALS, INC., Appellee**

---

**On Appeal from the County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. CI45905**

---

## MEMORANDUM OPINION

Appellant, W.A. Robbins Co., Inc., representing that the parties have settled this matter, has filed a motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.